IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERRY W. THACKER,
    Petitioner,

vs.                                                    CASE NO.: 3:06cv279/RS/MD

STATE OF FLORIDA,
    Respondent.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Petitioner initiated this cause through the filing of a "writ of habeas corpus cum causa." However, it appeared this was an appeal of the denial of a 3.850 motion and that the relief sought could be properly pursued under 28 U.S.C. § 2254. Petitioner was therefore ordered to file a petition for use in § 2254 cases and on July 3, 2006 was given thirty (30) days to do so (doc. 5). Having received no response from petitioner, an order to show cause was issued on August 8, 2006 giving petitioner twenty (20) days to show cause why this case should not be dismissed (doc. 6). The time for complying has come and gone with no response from petitioner. Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for petitioner's failure to prosecute and failure to comply with an order of the court.

At Pensacola, Florida, this 20th day of September, 2006.

                                                          /s/ *Miles Davis*
                                                          **MILES DAVIS**
                                                          **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  *Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.*  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

*Case No: 3:03cv204/LAC/MD*