IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERRY W. THACKER,

        Petitioner,

vs.                                          CASE NO. 3:06cv279/RS

STATE OF FLORIDA,

        Respondent.
_____/

## ORDER

I have reviewed the Magistrate Judge's Report and Recommendation (Doc. 7). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice because of Petitioner's failure to prosecute and his failure to comply with an order of the court.

3. The clerk is directed to close the file.

ORDERED on October 19, 2006.

                                                    /S/ Richard Smoak
                                                    RICHARD SMOAK
                                                    UNITED STATES DISTRICT JUDGE